FILED

DEC - 1 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
            )
    Plaintiff, )
            )
v.          ) No. 4:21CR00665 JAR/NCC
            )
ANTWAN R. JOHNSON, )
            )
    Defendant. )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and William Scharf, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with Interference with commerce by violence, in violation of the Hobbs Act, 18 U.S.C. § 1951, a crime punishable by up to 20 years' imprisonment, and possession and discharge of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A) and punishable under § 924(c)(1)(A)(iii), a crime punishable by a mandatory minimum term of 10 years' imprisonment. A presumption of detention applies in this case.

2. According to St. Louis Metropolitan Police Department reports and associated documents, Defendant responded to an advertisement for personal services placed on the website megapersonals.com by victim "K.W." and met up with "K.W." to exchange money for the services

advertised. On or about August 17, 2021, after the Defendant and "K.W." concluded their transaction, Defendant proceeded to rob "K.W." at gunpoint of cash and two cellular telephones, striking her with his firearm and threatening her life in the process. As "K.W." drove away, Defendant then fired two gunshots at her vehicle, striking the rear window of her vehicle.

3. There is a serious risk that Defendant will flee the jurisdiction if released, as the weight of the evidence against him is strong and the sentence he faces if convicted is lengthy. Additionally, in setting up his transaction with "K.W.", Defendant took steps to hide his identity, utilizing an internet service that provides anonymous phone numbers. As a result, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

4. Furthermore, the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by Defendant's release. Defendant committed a robbery at gunpoint of a vulnerable female victim, threatened to kill her, and then fired his gun at her car as she drove away, striking it at least once. Defendant is further suspected of having committed another similar robbery, which has not been charged at this time, in which a similar shot at a fleeing victim actually struck an individual.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required, and that will protect the safety of other persons and the community, and the Government therefore requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

SAYLER A. FLEMING
United States Attorney

*/s/ William Scharf*
WILLIAM SCHARF, #66676(MO)
Assistant United States Attorney